UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-10003-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JORGE GONZALEZ, et al.,

       Defendants.

_____

### O R D E R

THIS CAUSE is before the Court on defendant **Jorge Gonzalez'** Unopposed Motion for Reconsideration of Financial Condition of Bond. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the bond is reduced to $15,000 10% with a *Nebbia* Condition. Counsel notes in his motion that the undersigned set a $75,000 personal surety bond at the bond hearing on March 6, 2009, however, the personal surety bond was set at $50,000 co-signed by a family member and remains the same. All other conditions of bond remain in full force and effect.

DONE AND ORDERED at Fort Lauderdale, Florida, this 19th day of March, 2009.

                              _____
                              LURANA S. SNOW
                          UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Jaime Raiche (MIA)
AFPD Stewart Abrams (MIA)

U.S. Probation
Christine Weech (KW)
    Operations Support Specialist