UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-10003-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE GONZALEZ, et al.,

    Defendants.
_____

### ORDER ON *NEBBIA* REQUIREMENT

THIS CAUSE is before the Court on defendant **Jorge Gonzalez'** Unopposed Motion for Finding of Satisfaction of *Nebbia* Condition of Bond (DE 46). On March 19, 2009, the undersigned reduced the bond to $15,000 10% with a *Nebbia* condition and a $50,000 personal surety co-signed by a family member. All other conditions of bond remain in full force and effect. The Government has filed a Response to Defendant Gonzalez's Motion for Finding of Satisfaction of *Nebbia* Condition of Bond (DE 47) stating they are satisfied that the money which will be utilized to post this bond was not derived from any illegal source. Based on the Government's response, the undersigned finds that the *Nebbia* requirement has been met.

DONE AND ORDERED in the Southern District of Florida, this 30th day of March, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Jaime Raich (MIA)
AFPD Stewart Abrams (MIA)
Christine Weech (KW)
  Operations Support Specialist